IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE AVERY,

    Plaintiff,                  No. CIV S-09-1198 GEB GGH P

    vs.

K. POOL, et al.,

    Defendants.             ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

    On August 13, 2010, the undersigned recommended that defendants' motion for summary judgment be granted as plaintiff had failed to file an opposition or otherwise communicate with the court. On August 30, 2010, plaintiff filed a motion to dismiss without prejudice, instead of formal objections or an opposition. Plaintiff did not indicate if he intends to file an opposition to the summary judgment motion.

    Within five days of service of this order, defendants shall file a response to plaintiff's motion to dismiss without prejudice.

    Accordingly, IT IS HEREBY ORDERED that within five days of service of this order, defendants shall file a response to plaintiff's motion to dismiss without prejudice.

DATED: September 8, 2010

                                         /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

GGH:AB - aver1198.ord